THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 City of Columbia, Respondent,
 
 
 

v.

 
 
 
 Mamie Jackson,Appellant.
 
 
 

Appeal From Richland County
 Reginald I. Lloyd, Circuit Court Judge
Unpublished Opinion No. 2008-UP-192
Submitted March 3, 2008  Filed March 18,
 2008
AFFIRMED

 
 
 
 Mamie L. Jackson, of Columbia, for Appellant.
 Peter M. Balthazor, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Mamie
 Jackson appeals the circuit courts order granting the City of Columbia injunctive relief.  We affirm[1] pursuant to Rule 220, SCACR, and the following authorities:  Issue I:  S.C. Const. Art. V, § 11 (Supp. 2007) (The Circuit
 Court shall be a general trial court with original jurisdiction in civil and
 criminal cases, except those cases in which exclusive jurisdiction shall be
 given to inferior courts, and shall have such appellate jurisdiction as
 provided by law.); S.C. Code Ann. § 14-25-45 (Supp. 2007) (Each municipal
 court shall have jurisdiction to try all cases arising under the ordinances of
 the municipality for which established.); S.C. Code Ann. § 6-29-950 (2004)
 (The governing body of any county or municipality whose zoning ordinances are
 so violated may apply to any court of competent jurisdiction for injunctive and
 such other relief as the court may deem proper.); City of Columbia v.
 Pic-A-Flick Video, Inc., 340 S.C. 278, 282, 531 S.E.2d 518, 521 (2000)
 (stating a municipal authority may seek injunctive relief to abate zoning
 violation); Issue II.:  Wilder Corp. v. Wilke, 330 S.C. 71,
 76, 497 S.E.2d 731, 733 (1998) (It is axiomatic that an issue cannot be raised
 for the first time on appeal, but must have been raised to and ruled upon by
 the trial judge to be preserved for appellate review.); Issue
 III.:  In re McCracken, 346 S.C. 87, 92, 551 S.E.2d 235, 238 (2001)
 (stating constitutional claim must be raised and ruled upon to be preserved for
 appellate review).
AFFIRMED.
HUFF,
 KITTREDGE, and WILLIAMS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.